Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Lori Ann Sanchez | Case No.: 21−50278 HLB 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on March 1, 2021 . Therefore, it is ordered that this case be **dismissed**.

Dated: 3/17/21

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge